

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00251-CV

———————————————

RICHARD MEYRAT, M.D., Appellant

V.

ELIZABETH MOUTON, INDIVIDUALLY AND AS SURVIVING SPOUSE AND
AS ANTICIPATED PERSONAL REPRESENTATIVE OF THE ESTATE OF
JOSEPH MOUTON, Appellee

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-314914-20

Before Wallach, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 24, 2020